UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>A TAURUS, .38 CALIBER REVOLVER, )<br>SERIAL NUMBER J046722, )<br>)<br>Defendant. )<br>) | Case No. 18- 01302 |

## COMPLAINT FOR FORFEITURE IN REM

Plaintiff, United States of America, by and through its attorneys, Stephen R. McAllister, United States Attorney for the District of Kansas, and Annette Gurney, Assistant United States Attorney, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

## NATURE OF THE ACTION

1. This is an action to forfeit and condemn to the use and benefit of the United States of America the following property: A Taurus .38 caliber revolver, serial number J046722 for violations of 21 U.S.C. § 841 et seq.

## THE DEFENDANT IN REM

2. The defendant was seized on January 18, 2018, by the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) during the execution of a search warrant in Topeka, Kansas in the District of Kansas and is in the custody of ATF.

## JURISDICTION AND VENUE

3. Plaintiff brings this action *in rem* in its own right to forfeit and condemn the defendant. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355.

4. This Court has *in rem* jurisdiction over the defendant property under 28 U.S.C. 1355(b). Upon filing this complaint, the plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which the plaintiff will execute upon the defendant pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

5. Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1), because an act or omission giving rise to the forfeiture occurred in this district.

## BASIS FOR FORFEITURE

6. The defendant is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(11) as it was used or intended to be used to facilitate the sale, receipt, possession, or concealment of controlled substances in violation of Title 21, United States Code, Section 841, et seq.

## FACTS

7. Supplemental Rule G(2)(f) requires this complaint to state sufficiently detailed facts to support a reasonable belief that the government will be able to meet its burden of proof at trial. Such facts and circumstances supporting the seizure and forfeiture of the defendant are contained in Exhibit A which is attached hereto and incorporated by reference.

## CLAIM FOR RELIEF

WHEREFORE, the plaintiff requests that the Court issue a warrant of arrest *in rem* for the arrest of the defendant; that notice of this action be given to all persons who reasonably

appear to be potential claimants of interests in the defendant; that the defendant be forfeited and condemned to the United States of America; that the plaintiff be awarded its costs and disbursements in this action; and for such other and further relief as this Court deems proper and just.

The United States hereby requests that trial of the above entitled matter be held in the City of Wichita, Kansas.

Respectfully submitted,

STEPHEN R. MCALLISTER
United States Attorney

*/s/ Annette Gurney*
ANNETTE GURNEY #11602
Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Annette.gurney@usdoj.gov

## DECLARATION

I, Daniel Cassidy, am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives. I have read the contents of the foregoing Complaint for Forfeiture, and the exhibit thereto, and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this **10-29** day of October, 2018.

_Daniel Cassidy_
Daniel Cassidy
Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

## AFFIDAVIT IN SUPPORT OF A COMPLAINT FOR FORFEITURE

I, Daniel Cassidy, state as follows:

2. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, (ATF) and have been since November 2005. Prior to holding this position, I was a Deputy Sheriff for the Sedgwick County Kansas Sheriff's Office from January 1998 until becoming a Special Agent. I am a graduate of the ATF National Academy Special Agent Basic Training Program and the Federal Law Enforcement Training Center (FLETC) Basic Criminal Investigator Training Program. I also hold a bachelor's degree in Criminal Justice. I have participated in numerous investigations and received training related to cellular telephones and cellular data, and in the collection and recovery of evidence. As a Special Agent with ATF, I have executed federal search warrants and arrest warrants.

2. This affidavit is based on my own personal knowledge and information provided to me by other law enforcement agents and officers. I have not included each and every fact known to me concerning this investigation. I have only set forth facts sufficient to support the Complaint For Forfeiture of the following property:

  A. A Taurus .38 caliber revolver, serial number J046722.

3. During 2017 and 2018 the Topeka Police Department and the Drug Enforcement Administration (DEA) were investigating individuals involved in the distribution of marijuana in the Topeka, Kansas area. As part of that investigation on January 19, 2018, DEA executed a State of Kansas search warrant for 3812 N. Kansas Avenue, Topeka, Kansas, which was the residence of Kenneth Barsch and Nicole Paine.

4. During the search warrant, DEA personnel recovered eight cellophane bags and one Tupperware container of a green leafy substance believed to be marijuana, which totaled

approximately five pounds. Additionally, approximately $28,003.00 in United States currency was found in the residence. The Taurus .38 caliber revolver, serial number J046722 was located in the kitchen and was loaded with five rounds of ammunition.

5. Based on the foregoing. I have probable cause to believe that the Taurus .38 caliber revolver, serial number J046722 was used or intended to be used to facilitate the transportation, sale, receipt, possession, or concealment of controlled substances in violation of Title 21, United States Code, Section 841, et seq. Accordingly the Taurus firearm is subject to forfeiture pursuant to Title 21, United States Code, Section 881 (a)(11).

*[signature]*
Daniel Cassidy
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn before me this 27th day of October, 2018.

*[signature]*
Notary Public

My commission expires: 2-2-2022.

NOTARY PUBLIC - State of Kansas
MERRY L. BAXTER
My Appt. Expires 2-2-2022

2